DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OCTAVIOUS JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2842

[July 24, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case Nos. 502021CF002902; 502021CF006848; 502022CF002788.

Octavious Johnson, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Hardison v. State*, 271 So. 3d 1230, 1231 (Fla. 4th DCA 2019).

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***